ARTHUR KOCH *ET AL.*, PLAINTIFFS-RESPONDENTS, v. PUBLIC SERVICE ELECTRIC AND GAS COMPANY, DEFENDANT-PETITIONER.

*Mr. Luke A. Kiernan, Jr.*, for the petitioner.

*Messrs. Breslin & Breslin* for the respondents.

December 14, 1959.   Denied.

DONALD A. FONDA *ET AL.*, PLAINTIFFS-RESPONDENTS, v. ROBERT W. HYLAND *ET AL.*, DEFENDANTS-PETITIONERS, PUBLIC SERVICE ELECTRIC & GAS COMPANY, DEFENDANT-RESPONDENT.

*Messrs. Losche & Losche* for the petitioners.

*Mr. Henry J. Sorenson* for the defendant-respondent.

*Messrs. Weiss & Weiss* for the plaintiffs-respondents.

December 14, 1959.   Denied.